**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7435**

JAMARA WASHINGTON,

             Plaintiff - Appellant,

      v.

DAVID DANIELS,

             Defendant – Appellee,

      and

GEOFFREY G. ADAIR,

             Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.    Louise W. Flanagan, District Judge. (5:12-ct-03080-FL)

Submitted:  February 12, 2015       Decided:  February 18, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamara Washington, Appellant Pro Se.  Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, PA, New Bern, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamara Washington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Washington v. Daniels, No. 5:12-ct-03080-FL (E.D.N.C. Sept. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED